# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ADRIAN RICE, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-37 |
| v. | * | |
| JOHN V. FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 11, to which Petitioner Adrian Rice ("Rice") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Rice's 28 U.S.C. § 2241 Petition, and **DENIES** Rice *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

SO ORDERED, this 5 day of December, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)